UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NADIA JEAN-MICHEL,            )<br>                              )<br>    Petitioner,                )<br>v.                            )<br>                              )<br>BARBARA GUARINO,              )<br>                              )<br>    Respondent.               )  | Civil Action No. 04-10276-RWZ |

## ASSENTED-TO MOTION FOR BRIEFING SCHEDULE

Respondent requests that the Court enter a briefing schedule in this matter. In support of the motion, undersigned counsel states that he has consulted with counsel for petitioner and that they have agreed to the following proposed schedule:

1.   That petitioner's brief on the merits be filed no later than May 24, 2004; and

2.   That respondent's brief on the merits be filed by July 23, 2004, or within sixty days after petitioner's brief is filed, whichever is later.

Wherefore, respondent respectfully requests that this motion be allowed, and that the Court enter an order setting this briefing schedule or such other schedule as is appropriate.

                              Respectfully submitted,

                              THOMAS F. REILLY
                              ATTORNEY GENERAL

                              /s/ David M. Lieber
                              David M. Lieber (BBO# 653841)
                              Assistant Attorney General
                              One Ashburton Place
                              Boston, Massachusetts  02108
                              (617) 727-2200 ext.2827

Dated: March 24, 2004         ATTORNEYS FOR RESPONDENT