UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__NADIA JEAN-MICHEL__
        **Petitioner**

**V.**

__BARBARA GUARINO__
        **Respondent**

CIVIL ACTION

NO. __04CV10276-RWZ__

## JUDGMENT

__ZOBEL, D. J.__

In accordance with the Court's Order dated __7/11/05__ summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254. JUDGMENT entered for defendant.

By the Court,

__7/1/05__          __s/ Lisa A. Urso__
Date                         Deputy Clerk

(